# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank Rasole<br>    Debtor<br><br>Nationstar Mortgage LLC, its successors and/or assigns<br>    Moving Party<br>  vs.<br><br>Frank Rasole<br>    Debtor<br><br>Charles J. DeHart, III Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 16-00435 JJT<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Stipulation of Nationstar Mortgage LLC, which was filed with the Court on or about **8/11/2016**.

                    Respectfully submitted,

                    **/s/ Joshua I. Goldman, Esquire**
                    Joshua I. Goldman, Esquire
                    Thomas Puleo, Esquire
                    Attorneys for Movant/Applicant
                    KML Law Group, P.C.
                    Main Number: (215) 627-1322

August 18, 2016