**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Frank Rasole, Jr. | BKY. NO. 16-00435 JJT
       Debtor(s)
| CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2824

                                  Respectfully submitted,

                                **/s/ Thomas Puleo**
                                Thomas Puleo, Esquire
                                James C. Warmbrodt, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 825-6306  FAX (215) 825-6406
                                Attorney for Movant/Applicant