```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 16-00435-JJT
Frank Rasole, Jr.                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-4        User: PRadginsk          Page 1 of 1         Date Rcvd: Apr 05, 2017
                            Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
4791961        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Paul W McElrath, Jr.    on behalf of Debtor Frank  Rasole, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

---

Case 4:16-bk-00435-JJT    Doc 49    Filed 04/07/17    Entered 04/08/17 00:45:28    Desc
                        Imaged Certificate of Notice    Page 1 of 2

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:16-bk-00435-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Frank Rasole, Jr.
814 Chestnut Street
Williamsport PA 17701

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/04/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

MTGLQ Investors, L.P.
c/o Selene Finance LP
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
MTGLQ Investors, L.P.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/07/17

Terrence S. Miller
**CLERK OF THE COURT**