```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-00435-JJT
Frank Rasole, Jr.                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-4          User: REshelman              Page 1 of 2                  Date Rcvd: Apr 28, 2017
                              Form ID: pdf010              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db            +Frank Rasole, Jr.,    814 Chestnut Street,     Williamsport, PA 17701-3620
4747796       +All State Fire & Casualty,    PO Box 4303,     Carol Stream, IL 60197-4303
4747797       +Child Support Enforcem,    Po Box 14,    Albany, NY 12201-0014
4756311       +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
4747798       +Comnwlth Fin,    960 N Main Ave,    Scranton, PA 18508-2126
4747799       +Eos Cca,    300 Canal View Blvd Ste,    Rochester, NY 14623-2811
4747800       +First National Collection Bureau,    610 Wlatham Way,     Sparks, NV 89434-6695
4747801       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4747802       +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
4747804       +KML Law Group,    701 Market Street, Suite 5000,     Philadelphia, PA 19106-1541
4756320      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,      350 Highland Dr,    Lewisville, TX 75067)
4747807        New York State Department Of Labor,     Unmeployment Insurance - Claim,     PO Box 4320,
                Binghamton, NY 13902-4320
4747808        PP&L,   2 NORTH 9TH STREET,     ALLENTOWN, PA 18101-1179
4747809        Safe Home,    Rocky Hill, CT 06067
4747814       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4772437        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 28 2017 18:54:59
                American InfoSource LP as agent for,     Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
4747803       +E-mail/Text: mjackson@hillcrestdavidson.com Apr 28 2017 18:46:26       Hillcrest Davidson & A,
                715 N Glenville Dr Ste 4,    Richardson, TX 75081-2898
4747805        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2017 18:49:40       LVNV Funding,
                Resurgent Capital Services,    PO Box 10587,     Greenville, SC 29603-0587
4905521       +E-mail/Text: bankruptcy.notices@selenefinance.com Apr 28 2017 18:46:24
                MTGLQ Investors, L.P.,    c/o Selene Finance LP,     9990 Richmond Avenue,    Suite 400 South,
                Houston, TX 77042,    MTGLQ Investors, L.P. 77042-4546
4905520       +E-mail/Text: bankruptcy.notices@selenefinance.com Apr 28 2017 18:46:23
                MTGLQ Investors, L.P.,    c/o Selene Finance LP,     9990 Richmond Avenue,    Suite 400 South,
                Houston, TX 77042-4546
4747810        E-mail/Text: bankruptcy@sw-credit.com Apr 28 2017 18:46:30       Southwest Credit,
                4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
4747811       +E-mail/Text: bankruptcy@sw-credit.com Apr 28 2017 18:46:30       Southwest Credit Syste,
                4120 International Pkwy,    Carrollton, TX 75007-1958
4747812        E-mail/Text: bkrcy@ugi.com Apr 28 2017 18:46:40       UGI Central Penn Gas,    P.O. Box 15533,
                Wilmington, DE 19886
4747813        E-mail/Text: bkrcy@ugi.com Apr 28 2017 18:46:40       UGI Utilities,    2525 North 12th Street,
                Reading, PA 19605
4750080        E-mail/Text: bkrcy@ugi.com Apr 28 2017 18:46:40       UGI Utilities, Inc.,    PO Box 13009,
                Reading, PA 19612-3009
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +MTGLQ Investors, L.P. c/o Selene Finance LP,     9990 Richmond Avenue,    Suite 400 South,
                Houston, TX 77042-4546
4756310*      +All State Fire & Casualty,    PO Box 4303,    Carol Stream, IL 60197-4303
4756312*      +Comnwlth Fin,    960 N Main Ave,    Scranton, PA 18508-2126
4756313*      +Eos Cca,    300 Canal View Blvd Ste,    Rochester, NY 14623-2811
4756314*      +First National Collection Bureau,    610 Wlatham Way,     Sparks, NV 89434-6695
4756315*      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4756316*      +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
4756317*      +Hillcrest Davidson & A,    715 N Glenville Dr Ste 4,     Richardson, TX 75081-2898
4756318*      +KML Law Group,    701 Market Street, Suite 5000,     Philadelphia, PA 19106-1541
4756319*       LVNV Funding,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4791961*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,      P.O. Box 619096,    Dallas, TX 75261-9741)
4747806*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage Ll,      350 Highland Dr,    Lewisville, TX 75067)
4756321*       New York State Department Of Labor,     Unmeployment Insurance - Claim,     PO Box 4320,
                Binghamton, NY 13902-4320
4756322*       PP&L,   2 NORTH 9TH STREET,     ALLENTOWN, PA 18101-1179
4756323*       Safe Home,    Rocky Hill, CT 06067
4756324*       Southwest Credit,    4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
4756325*      +Southwest Credit Syste,    4120 International Pkwy,     Carrollton, TX 75007-1958
4756326*     ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,     P O BOX 13009,    READING PA 19612-3009
              (address filed with court: UGI Central Penn Gas,      P.O. Box 15533,    Wilmington, DE 19886)
4756327*     ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,     P O BOX 13009,    READING PA 19612-3009
              (address filed with court: UGI Utilities,     2525 North 12th Street,     Reading, PA 19605)
4756328*      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                  TOTALS: 0, * 20, ## 0
```

```
District/off: 0314-4           User: REshelman            Page 2 of 2               Date Rcvd: Apr 28, 2017
                               Form ID: pdf010            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          Paul W McElrath, Jr.    on behalf of Debtor Frank  Rasole, Jr. ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**FRANK RASOLE, JR.**
       Debtor(s)

**CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE**
       Movant(s)
  vs.

**FRANK RASOLE, JR.**
       Respondent(s)

Chapter: **13**

Case Number: **4:16-bk-00435-JJT**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: April 28, 2017

By the Court,

*/s/ John J. Thomas*
John J. Thomas, Bankruptcy Judge
(RPR)

MDPA-Dismiss Case.WPT - REV 01/15

Case 4:16-bk-00435-JJT   Doc 52   Filed 04/30/17   Entered 05/01/17 00:46:49   Desc
Imaged Certificate of Notice   Page 3 of 3